# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2538
Fax: 919-483-2690

**DATE:** October 10, 2017

**FROM:** Keith Lawrence
Senior U.S. Probation Officer

**SUBJECT:** GONZALEZ, Luciano Abreu
Case No.: 5:01-CR-129-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On November 8, 2001, pursuant to a guilty plea to Possession With Intent to Distribute Cocaine and Aiding and Abetting and Use and Carry a Firearm During a Drug Trafficking Offense, Luciano Abreu Gonzalez appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 168 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on June 28, 2013, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug tests have been negative, and he has been on low intensity supervision since October 2016. His term of supervised release is set to expire on June 27, 2018.

The probation office is requesting early termination in this case. The U.S. Attorney's Office has been contacted and AUSA Ontjes has no objections to this request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____         10·10·17
Terrence W. Boyle                                        Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:01-CR-129-1BO

**LUCIANO ABREU GONZALEZ**

On June 28, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Keith W. Lawrence  
Keith W. Lawrence  
Senior U.S. Probation Officer  
150 Rowan Street, Suite 110  
Fayetteville, NC 28301  
Phone: 910-354-2538  
Executed On: October 10, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 10 day of October, 2017.

Terrence W. Boyle  
U.S. District Judge